**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THINH T. NGUYEN,

          Petitioner,

     v.

KRISTI NOEM, et al.,

          Respondent.

No. 2:26-cv-1493-RGK (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED, and:

(A) Respondents shall immediately release Petitioner **THINH T. NGUYEN (A-025-279-076)** from custody on the same conditions applicable to him prior to his January 2, 2026, detention;

(B) Respondents shall also provide Petitioner with a copy of this Order at or near the time of release; and

(C) within three days of this Order, Respondents shall file a Status Report confirming Petitioner's release.

Judgment hereon will be entered on a separate form.

IT IS SO ORDERED.

DATED: August 4, 2026                    _____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE